For the reasons stated, the petition for writ of certiorari is denied and the motion for a stay is therefore rendered moot.

*Employees' Retiree Coalition et al. v. Lincoln D. Chafee et al.*, 58 A.3d 915 (R.I. 2012), the petition for writ of certiorari is denied.

■

**BRISTOL/WARREN REGIONAL SCHOOL EMPLOYEES, LOCAL 581, AFSCME, COUNCIL 94, AFL–CIO et al.**

v.

**Lincoln D. CHAFEE et al.**

**No. 2012–335–M.P.**

Supreme Court of Rhode Island.

Dec. 6, 2012.

Thomas R. Landry, Esq.

John A. Tarantino, Esq.

James R. Lee, Department of Attorney General.

Rebecca T. Partington, Department of Attorney General.

**ORDER**

For the reasons expressed in our Order issued on this date in *Rhode Island Public*

**RHODE ISLAND COUNCIL 94, AFSCME, AFL–CIO LOCALS: BOYS & GIRLS TRAINING SCHOOL, LOCAL 314, AFSCME, COUNCIL 94, AFL–CIO ET AL.**

v.

**Lincoln D. Chafee et al.**

**No. 2012–333–M.P.**

Supreme Court of Rhode Island.

Dec. 6, 2012.

Lynette J. Labinger, Esq.

John A. Tarantino, Esq.

James R. Lee, Department of Attorney General.

Rebecca T. Partington, Department of Attorney General.

issued by the Supreme Court Advisory Committee on the Code of Judicial Conduct, on October 5, 2012. This opinion addresses the fact that the trial justice's mother receives a monthly death benefit from her late husband's legislative pension and that her son has been an active member of the Rhode Island State Police for two and one-half years. It was the opinion of the Committee that her mother's interest in the pension cases, her son's interest in the pension cases and her own interest—as a member of the judiciary whose pen-

sion is affected by the 2011 legislation—are interests that are objectively *de minimis* and do not disqualify her from presiding over these cases. The Committee also reminded the trial justice of her responsibility to make a subjective determination about whether these *de minimis* interests would affect her ability impartially to preside over these cases. The record before us discloses that the trial justice did so and set forth her reasoning on the record.